AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION )
*Plaintiff* )
v. ) Case No. 6:12-CV-00578
MEDIATEK INC., ET AL. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION.

Date:   05/07/2013

/s/ Patricia L. Peden
*Attorney's signature*

Patricia L. Peden (CA Bar No. 206440)
*Printed name and bar number*

Kerr & Wagstaffe LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
*Address*

peden@kerrwagstaffe.com
*E-mail address*

(415) 371-8500
*Telephone number*

(415) 371-0500
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this May 7, 2013 a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                      /s/ Patricia L. Peden
                                      Patricia L. Peden