IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | § § § § § | |
| Plaintiff, | § § | Case No. 6:12-cv-578 |
| v. | § § | LEAD CASE |
| MEDIATEK INC., ET AL. | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Commonwealth Scientific and Industrial Research Organisation's ("CSIRO") Unopposed Motion for Leave to Amend its Infringement Contentions Under Patent Local Rule 3-6(b) (Docket No. 227). After review of the subject Motion, and the entire record in this cause, and noting that said Motion is unopposed by certain Defendants, it is hereby **ORDERED** that said Motion shall be in all things **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to P.R. 3-6(b) the Court **GRANTS** CSIRO leave to amend its Infringement Contentions against Defendants MediaTek Inc.; MediaTek USA Inc.; Ralink Technology Corp. (USA); Ralink Technology Corp. (Taiwan); Realtek Semiconductor Corp.; Real Communications, Inc.; Texas Instruments Inc.; Nokia Corp.; Nokia, Inc.; Samsung Electronics Co. Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC.

**So ORDERED and SIGNED this 28th day of January, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**